T. A. Fletcher, *Plaintiff in Error*, v. M. E. Dees, *Defendant in Error.*

Opinion filed April 28, 1931.

Petition for rehearing denied June 2, 1931.

*Davis & Pepper,* for Plaintiff in Error;

*G. A. Buie, Jr.,* for Defendant in Error.

PER CURIAM.—The Court having considered the record in this cause, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, having been adopted by the Court as its opinion, it is considered, ordered and adjudged by the Court that the judgment of the Court below in this cause should be and the same is hereby affirmed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN AND DAVIS, J.J., concur.